# IN THE SUPREME COURT OF THE STATE OF NEVADA

KIMBALL AUSTIN SACHS,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 84243

FILED

MAR 03 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from the "omninus [sic] finidngs [sic] of fact, conclusions of law, and decision on pre-trial motions." Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc: Chief Judge, Eighth Judicial District Court
     Eighth Judicial District Court, Department 9
     Kimball Austin Sachs
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

22-06768